| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br><br>KATHERINE L. WAWRZYNIAK (CABN 252751)<br>Chief, Criminal Division<br><br>MAYA KARWANDE (CABN 295554)<br>Assistant United States Attorney<br><br>　　　1301 Clay Street, Suite 340S<br>　　　Oakland, California 94612<br>　　　Telephone: (510) 637-3680<br>　　　FAX: (510) 637-3724<br>　　　Maya.Karwande@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Jun 21 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR GOMEZ GUTIERREZ<br>HERIBERTO GOMEZ GUTIERREZ<br><br>　　　Defendants. | Case No. 4:23-mj-70715-MAG<br><br>STIPULATION AND ORDER TO CONTINUE HEARING TO JULY 21, 2023 AND TO EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |

The parties in the above-captioned case are scheduled to appear for a preliminary hearing or status on June 22, 2023 (Heriberto Gomez-Gutierrez) and June 23, 2023 (Salvador Gomez Gutierrez). The parties jointly agree and request that the hearings be continued until July 21, 2023 at 10:30 AM.

The parties stipulate that the time from June 22, 2023, through and including July 21, 2023, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further stipulate that the time from June 22, 2023, through and including July 21, 2023, should be excluded from the period of time within which the defendants' trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendants the reasonable time necessary for

STIP. AND ORDER TO CONTINUE
4:23-mj-70715-MAG

effective preparation, particularly in light of the anticipated discovery that counsel will review with their clients. The parties agree that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial. Defendants Heriberto Gomez Gutierrez and Salvador Gomez Gutierrez have been advised of the requested continuance and specifically consent to the exclusion of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed.

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: June 20, 2023

_____/s/_____
MAYA KARWANDE
Assistant United States Attorney

Dated: June 20, 2023

_____/s/_____
ELISSE LAROUCHE
Assistant Federal Public Defender
Counsel for Defendant Heriberto Gomez-Gutierrez

Dated: June 20, 2023

_____/s/_____
ALANNA COOPERSMITH
Counsel for Defendant Salvador Gomez-Gutierrez

ORDER

Based on the stipulations of the parties above, and for good cause shown, the statuses or preliminary hearings set for June 22, 2023 and June 23, 2023 will be continued until July 21, 2023 at 10:30 AM.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to  July 21, 2023 at 10:30 AM.  The time period from June 22, 2023 to July 21, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

 June 21, 2023
  DATE

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge